# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. MILOSCH )<br>213 Baden Street )<br>Silver Spring, MD  20901, )<br>                                        )<br>           Plaintiff, )<br>                                        )<br>v.                                      )<br>                                        )<br>ALCEE HASTINGS, in his official )<br>capacity as Chairman of the )<br>Commission on Security and )<br>Cooperation in Europe, )<br>2353 Rayburn House Office Building )<br>Washington, DC  20515, )<br>                                        )<br>and                                     )<br>                                        )<br>COMMISSION ON SECURITY AND )<br>COOPERATION IN EUROPE, )<br>234 Ford House Office Building )<br>Washington, DC  20515, )<br>                                        )<br>           Defendants. )<br>_____) | Civil Action No.: |

## CERTIFICATE OF PURSUANT TO
## FED. R. CIV. P. 65(b)(2) and LCvR 65.1(a)

I, JAMES F. PETERSON, one of the attorneys for Plaintiff Mark S. Milosch in the above-captioned case, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 65.1(a), certify that on this date at approximately 12:00 p.m. copies of the Complaint, Plaintiff's Application for a Temporary Restraining Order and/or Preliminary Injunction, and all exhibits thereto, were delivered to the office of Defendant Alcee Hastings and were accepted by Office Manager Barbara Harper.  Shortly thereafter I also attempted to contact

Rep. Hastings and left a detailed telephone message concerning the time of making the application and hearing with an assistant in his office named Nneka. I also sent a letter by facsimile with the same information to Chairman Hastings.

In regards to Defendant Commission on Security and Cooperation in Europe ("CSCE"), at approximately 11:30 a.m. on this date I left a telephone message concerning the time of making the application with the Defendant CSCE's general counsel, Maureen Walsh. At approximately 2:00 p.m. today, Ms. Walsh returned my call and agreed to accept service of the relevant documents by electronic mail. The documents were then sent by e-mail to Ms. Walsh. Ms. Walsh stated that she would forward the documents to Chairman Hastings and the Staff Director of the CSCE, Fred Turner.

Dated: March 28, 2007

Respectfully submitted,

JUDICIAL WATCH, INC.

_____
Paul J. Orfanedes
D.C. Bar No. 429716
James F. Peterson
D.C. Bar No. 450171
Meredith L. Di Liberto
D.C. Bar No. 487733
Suite 500
501 School Street, S.W.
Washington, DC 20024
(202) 646-5172

Attorneys for Plaintiff