**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK S. MILOSCH, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 07-0594 (JR) |
| : | |
| ALCEE HASTINGS, Chairman of the : | |
| Commission on Security and : | |
| Cooperation in Europe, *et al.*, : | |
| : | |
| Defendants. : | |

### ORDER

Plaintiff's motion for a temporary restraining order is **DENIED**. The Clerk is directed to set a hearing on plaintiff's motion for a preliminary injunction within 20 days of the date of this order.

JAMES ROBERTSON
United States District Judge