IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. MILOSCH ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-0594 (JR) |
| v. ) | |
| ) | |
| ALCEE HASTINGS, Chairman of the ) | |
| Commission on Security and ) | |
| Cooperation in Europe, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that James F. Peterson of Judicial Watch, Inc. hereby enters her appearance on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ James F. Peterson
James F. Peterson
DC Bar No. 450171
Suite 500
501 School Street, S.W.
Washington, D.C. 20024
(202) 646-5172

Attorneys for Plaintiff