IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. MILOSCH,  )<br>       )<br>         Plaintiff,  )<br>       )<br>v.       )<br>       )<br>ALCEE HASTINGS, Chairman of the  )<br>Commission on Security and  )<br>Cooperation in Europe, *et al.*,  )<br>       )<br>         Defendants.  )<br>_____) | Civil Action No. 07-0594 (JR) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Meredith Di Liberto of Judicial Watch, Inc. hereby enters her appearance on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Meredith Di Liberto
Meredith Di Liberto
DC Bar No. 487733
Suite 500
501 School Street, S.W.
Washington, D.C. 20024
(202) 646-5172

Attorneys for Plaintiff