IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. MILOSCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0594 (JR) |
| ) | |
| ALCEE HASTINGS, Chairman of the ) | |
| Commission on Security and ) | |
| Cooperation in Europe, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

Please enter our appearance as counsel in this case for defendants the Commission on Security and Cooperation in Europe and U.S. Representative Alcee Hastings, Chairman of the Commission on Security and Cooperation in Europe.

Respectfully submitted,

GERALDINE R. GENNET  (DC Bar No. 213439)
General Counsel
KERRY W. KIRCHER  (DC Bar No. 386816)
Deputy General Counsel


 /s/ David Plotinsky
DAVID PLOTINSKY
Assistant Counsel

Office of General Counsel[1]
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

March 30, 2007        Counsel for defendants the Commission on Security and Cooperation in Europe and U.S. Representative Alcee Hastings

---

[1] Attorneys in the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirement for admission to practice before such court . . . ." 2 U.S.C. § 130f(a).