IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK S. MILOSCH<br>213 Baden Street<br>Silver Spring, MD  20901,<br><br>        Plaintiff,<br><br>v.<br><br>ALCEE HASTINGS, in his official capacity as Chairman of the Commission on Security and Cooperation in Europe,<br>2353 Rayburn House Office Building<br>Washington, DC  20515,<br><br>and<br><br>COMMISSION ON SECURITY AND COOPERATION IN EUROPE,<br>234 Ford House Office Building<br>Washington, DC  20515,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 07-0594 (JR) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF
APPLICATION FOR PRELIMINARY INJUNCTION
AND CANCELLATION OF HEARING**

Plaintiff Mark S. Milosch, by counsel, hereby gives notice of the withdrawal of his pending application for preliminary injunction in the above-captioned matter and requests cancellation of the scheduled hearing.

Plaintiff filed an application for a temporary restraining order and/or preliminary injunction on March 28, 2007.  While the Court denied the application as to a temporary

restraining order, it ordered that a hearing be being scheduled as to the request for a preliminary injunction.  A hearing is now set for April 16, 2007, at 10:30 a.m.

The parties agree that subsequent changes in the underlying facts have made preliminary relief unnecessary.  Plaintiff therefore withdraws his application for a preliminary injunction and respectfully requests that the hearing currently scheduled for April 16, 2007 be cancelled.

Dated: March 28, 2007                    Respectfully submitted,

                                          JUDICIAL WATCH, INC.


                                          /s/  James F. Peterson
                                          Paul J. Orfanedes
                                          D.C. Bar No. 429716
                                          James F. Peterson
                                          D.C. Bar No. 450171
                                          Meredith L. Di Liberto
                                          D.C. Bar No. 487733
                                          Suite 500
                                          501 School Street, S.W.
                                          Washington, DC 20024
                                          (202) 646-5172

                                          Attorneys for Plaintiff