IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK S. MILOSCH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALCEE HASTINGS, in his official )<br>capacity as Chairman of the )<br>Commission on Security and )<br>Cooperation in Europe, )<br>)<br>and )<br>)<br>COMMISSION ON SECURITY AND )<br>COOPERATION IN EUROPE, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 07-0594 (JR) |

## NOTICE OF DISMISSAL

Plaintiff Mark S. Milosch, by counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby gives notice of the voluntary dismissal of the above-captioned matter, all parties to bear their own attorney's fees and costs.

Dated: May 8, 2007

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ James F. Peterson
Paul J. Orfanedes
D.C. Bar No. 429716
James F. Peterson
D.C. Bar No. 450171
501 School Street, S.W., Suite 500
Washington, D.C. 20024
(202) 646-5172

Attorneys for Plaintiff